UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARCI KENON, *on behalf of herself and others similarly situated*,

                          Plaintiff,

-v-

BLINK HOLDINGS, INC., *et al.*,

                          Defendants.

No. 16-cv-7869 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is the parties' motion for final approval of the Settlement Agreement and Release of Wage and Hour Claims (the "Settlement"). (Doc. No. 33.) For the reasons stated on the record at the fairness hearing held on May 8, 2017, the Court finds that the Settlement is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Accordingly, IT IS HEREBY ORDERED THAT the Settlement is approved. The Court further finds that the request of Plaintiff's counsel for attorneys' fees and litigation costs and expenses in this action is fair and reasonable. Accordingly, IT IS FURTHER ORDERED THAT Plaintiff's counsel is hereby awarded attorneys' fees and costs as set forth in the Settlement.

    The Court shall retain exclusive and continuing jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    May 8, 2017
            New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES DISTRICT JUDGE